**Lorraine M. JUPITER, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,
Respondent.**

**No. 03–3116.**

United States Court of Appeals,
Federal Circuit.

DECIDED: Feb. 25, 2003.

### ORDER

Order Vacated, See 2003 WL 1467166.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Leo H. KELLEY, Sr., Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 03–3114.**

United States Court of Appeals,
Federal Circuit.

DECIDED: Feb. 25, 2003.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.